400 P.3d 580

STATE of Hawai'i, Respondent/Plaintiff-Appellee,

v.

Raymond S. DAVIS, Petitioner/Defendant-Appellant.

SCWC-12-0001121

Supreme Court of Hawai'i.

DATED: Honolulu, Hawai'i, June 2, 2017.

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

## ORDER DENYING MOTION FOR RECONSIDERATION

Upon consideration of Petitioner/Defendant-Appellant Raymond S. Davis's motion for reconsideration, filed on May 25, 2017, the papers in support thereof, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.